IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY GORDON, | § | |
| | § | |
| Defendant-Below, | § | No. 477, 2016 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1109011777 (N) |
| | § | |
| Plaintiff-Below, | § | |
| Appellee. | § | |

Submitted: October 11, 2017
Decided: October 25, 2017

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 25th day of October, 2017, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed on the basis and for the reasons stated in its September 8, 2016 order and the Commissioner's Report and Recommendation dated November 30, 2015.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice